**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WILLIAM SCHENK & SONS; SILVER, GREEN AND WILLIAM SCHENK & SONS; SILVER, GREEN, WINITSKY AND WILLIAM SCHENK & SONS; GLENDALE ENTERPRISES, INC.; HUNTINGDON VALLEY ENTERPRISES, INC.; WILLIAM SCHENK & SONS, EQUITABLE OWNER; SILVER, GREEN AND WILLIAM SCHENK & SONS, INC., EQUITABLE OWNER; HUNTINGDON VALLEY ENTERPRISES, EQUITABLE OWNER, | : No. 635 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Petitioners | : |
| v. | : |
| NORTHAMPTON, BUCKS COUNTY, MUNICIPAL AUTHORITY; NORTHAMPTON TOWNSHIP; DENNIS GENTSCH; JOHN N. SERWO, JR.; MILTON BRAVERMAN'S SON'S PARTNERSHIP; KLAUS GEHLERT AND HEDWIG GEHLERT; 31 INDUSTRIAL DRIVE PERKASIE BOROUGH INDUSTRIAL DEVELOPMENT AUTHORITY; AND GEMEL PRECISION TOOL CO., INC., | : |
| Respondents | : |
| EDWARD J. CURRAN; JACKSONVILLE ROAD PROPERTIES; JOHNSON MARCH SYSTEMS, INC.; CLAYTON M. WELLS AND PHYLLIS A. WELLS; AND CLAYTON PROPERTIES, LLC.; IVYLAND VENTURE LLC.; IVYLAND HOLDING COMPANY, LLC.; AND BONITATIS PROPERTIES, | : |
| Intervenors | : |

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.